1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JUAN DELGADILLO-CORTEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )   NO.  CR.S-11-515-GEB
                                   )
11         Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER; CONTINUING STATUS**
12       v.                         )   **CONFERENCE AND EXCLUDING**
   JUAN DELGADILLO-CORTEZ          )   **TIME**
13                                  )
           Defendant.                )   Date: February 24, 2012
14 _____ )   Time: 9:00 a.m.
                                   )   Judge: Hon. Garland E. Burrell, Jr.
15

16
       IT IS HEREBY STIPULATED by and between the parties hereto through their
17
   respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for
18
   Plaintiff, and COURTNEY FEIN, attorney for JUAN DELGADILLO-CORTEZ that the
19
   status conference hearing date of February 17, 2012, be rescheduled for a status conference
20
   on February 24, 2012, at 9:00 a.m.
21
       The reason for this continuance is to allow defense counsel additional time to review
22
   the pre-sentence report with her client and conduct further settlement discussions with the
23
   government.
24
       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
25
   should be excluded from the date of signing of this order through and including February 24,
26
   / / /
27 / / /
28

1  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 16, 2012.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for ALBERTO PEREZ-ROMERO

DATED: February 16, 2012.                    BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 17, 2012, status conference hearing be continued to February 24, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the February 24, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge