DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JUAN DELGADILLO-CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN DELGADILLO-CORTEZ,<br><br>  Defendant. | NO.  CR.S-11-515-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  March 16, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JUAN DELGADILLO-CORTEZ that the status conference hearing date of February 24, 2012, be rescheduled for a status conference on March 16, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the pre-sentence report and plea agreement with her client.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 24,

///

///

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 22, 2012.                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

                                              /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Assistant Federal Defender
                                              Designated Counsel for Service
                                              Attorney for ALBERTO PEREZ-ROMERO

DATED: February 23, 2012.                    BENJAMIN WAGNER
                                              United States Attorney

                                              /s/ Courtney Fein for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 24, 2012, status conference hearing be continued to March 16, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 16, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 23, 2012

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge